**WEIL, GOTSHAL & MANGES LLP**

201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BEIJING
BOSTON
BUDAPEST
DALLAS
DUBAI
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
WARSAW
WASHINGTON, D.C.

DIRECT LINE 650.802.3997
paula.whitten@weil.com

September 17, 2009

Magistrate Judge Bernard Zimmerman
U.S. District Court for the Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

*Via Federal Express
and Electronic Mail*

Re: **In re Matter of Arbitration between ArthroCare Corp. v. Ethicon, Inc., et al. (Case No: C 09-03216 SBA)**

Dear Magistrate Judge Zimmerman:

By order dated September 16, 2009, Judge Armstrong referred hearing of the Motion to Attach filed August 27, 2009 in *In re Matter of Arbitration Between ArthroCare Corp. v. Ethicon, Inc. et al.* to this Court. That Motion to Attach was originally set for hearing on December 15, 2009. As counsel for ArthroCare, we follow up on the letter sent to this Court by Ethicon's counsel earlier today, and request a briefing schedule on the Motion to Attach as follows, if this Court's schedule allows:

ArthroCare's Opposition due: September 29, 2009
Ethicon/Gyrus's Reply to that Opposition due: October 6, 2009

Sincerely,

WEIL, GOTSHAL & MANGES LLP

By: /s/ Paula Whitten
Paula Whitten

IT IS SO ORDERED
Judge Bernard Zimmerman

DATED: 9/18/2009

WEIL, GOTSHAL & MANGES LLP

Magistrate Judge Bernard Zimmerman
September 17, 2009
Page 2


cc :   Darle Short, Esq. (*via email*)
       Simon J. Frankel, Esq. (*via email*)
       Dan Tanner, Esq. (*via email*)
       George F. Pappas, Esq. (*via email*)
       Gary M. Rubman, Esq. (*via email*)
       Karen Jacobs Louden  (*via email*)
       William Utermohlen (*via email*)
       Susan Van Keulen (*via email*)
       Tom Pardini (*via email*)