WEIL, GOTSHAL & MANGES LLP

8911 CAPITAL OF TEXAS HIGHWAY
SUITE 1350
AUSTIN, TEXAS 78759
(512) 349-1930
FAX: (512) 527-0798

BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.
WILMINGTON

DIRECT LINE
kevin.kudlac@weil.com
(512) 349-1885

October 29, 2009

**VIA HAND DELIVERY**

Magistrate Judge Bernard Zimmerman
U.S. District Court for the Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   In the Matter of the Arbitration between ArthroCare Corp. and Ethicon, Inc., et al. (Case No: C 09-03216 SBA)

Dear Judge Zimmerman:

Petitioner ArthroCare Corporation ("ArthroCare") and Respondents Gyrus Medical, Ltd., Gyrus Group, PLC, Ethicon, Inc., and Depuy Mitek, Inc. (collectively "Respondents") are actively engaged in settlement discussions and have exchanged draft settlement documents. In light of these settlement discussions, and in response to the Clerk's Notice regarding Tentative Ruling, dated October 23, 2009, the parties jointly request that the Court continue (1) the hearing scheduled for November 4, 2009 until Thursday, November 12, 2009 (if the Court deems that a hearing is warranted) and (2) the date for Respondents to submit a revised writ of attachment in conformity with the Tentative Ruling from today until November 11, 2009. These extensions may enable the parties to resolve the Motion to Attach, and this entire proceeding, without requiring additional judicial resources other than entry of a stipulated judgment.

If the Court is not inclined to continue the hearing, ArthroCare requests the opportunity to appear for oral argument on November 4, while Respondents respectfully submit that a hearing on the merits of the Motion to Attach is not necessary and that the Tentative Ruling should issue as a final order. Respondents also note that they are prepared to submit the revised version of the writ that the Court requested, and will do so immediately if the Court denies the extension of its due date.

WEIL, GOTSHAL & MANGES LLP

Letter to Magistrate Judge Bernard Zimmerman
October 29, 2009
Page 2

Sincerely,

WEIL, GOTSHAL & MANGES LLP

Dated: 10/30/2009

By: *Kevin Kudlac*  by permission
    Kevin Kudlac

*Brian C. Chang*
Brian Chang

**GRANTED**
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**The hearing is continued to Wednesday, November 18, 2009 at 10:00 a.m.**