1  KEVIN KUDLAC *(admitted pro hac vice)*
   kevin.kudlac@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   700 Louisiana, Suite 1600
3  Houston, TX 77002
   Telephone: (713) 546-5000
4  Facsimile:  (713) 224-9511

5  JARED BOBROW (Bar No. 133712)
   jared.bobrow@weil.com
6  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
7  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
8  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
9
   Attorneys for Petitioner
10 ARTHROCARE CORPORATION

FILED
DEC 09 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                      OAKLAND DIVISION

14

15  In the matter of the Arbitration between      CASE NO. CV 09-3216 SBA

16  ARTHROCARE CORPORATION                        [~~PROPOSED~~] ORDER GRANTING
                                                  WITHDRAWAL OF PAULA WHITTEN
17        Petitioner,                             AS COUNSEL FOR ARTHROCARE
                                                  CORPORATION
18  and
                                                  Judge: Saundra B. Armstrong
19  ETHICON, INC., DEPUY MITEK, INC.,
    GYRUS MEDICAL, LTD., and GYRUS
20  GROUP, PLC.

21        Respondents.

22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING WITHDRAWAL OF
PAULA WHITTEN AS COUNSEL FOR ARTHROCARE
CORPORATION                                                    Case No. CV 09-3216 SBA

1   IT IS HEREBY ORDERED that the request for withdrawal of Paula Whitten as
2   counsel of record for ArthroCare Corporation in the above-entitled action is GRANTED.
3
4   IT IS SO ORDERED.
5   Dated: 12-8-09

Honorable Saundra B. Armstrong
United States District Court Judge