1  Simon J. Frankel, SB #171552 (sfrankel@cov.com)
   COVINGTON & BURLING LLP
2  One Front Street
   San Francisco, CA 94111
3  Telephone:  (415) 591-7052
   Facsimile:  (415) 591-6091
4  Attorney for Respondents
   ETHICON, INC. and DEPUY MITEK, INC.
5

6  Susan van Keulen, SB #136060
   (svankeulen@omm.com)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, CA 94025
   Telephone:  (650) 473-2600
9  Facsimile:  (650) 473-2601

10 Attorneys for Respondents
   GYRUS MEDICAL, LTD. and GYRUS GROUP, PLC
11

12 JARED BOBROW (Bar No. 133712)
   jared.bobrow@weil.com
13 WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
14 201 Redwood Shores Parkway
   Redwood Shores, CA 94065
15 Telephone: (650) 802-3000
   Facsimile: (650) 802-3100

16 Attorneys for Petitioner
   ARTHROCARE CORPORATION
17

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In the matter of the Arbitration between | CASE NO. CV 09-3216 SBA (BZ) |
| ARTHROCARE CORPORATION | **[PROPOSED]** ORDER REGARDING JOINT STIPULATION TO (1) DISMISS WITH PREJUDICE PETITION TO VACATE, (2) GRANT MOTION TO CONFIRM AND (3) ENTER JUDGMENT |
| Petitioner, | |
| and | |
| ETHICON, INC., DEPUY MITEK, INC., GYRUS MEDICAL, LTD., and GYRUS GROUP, PLC. | Judge: Saundra B. Armstrong |
| Respondents. | |

**[PROPOSED] ORDER**

1  Upon consideration of the Joint Stipulation to Dismiss With Prejudice Petition to
2  Vacate, Grant Motion to Confirm and Enter Judgment that was filed jointly by Ethicon, Inc.,
3  DePuy Mitek, Inc., Gyrus Medical Ltd., Gyrus Group, PLC and ArthroCare Corporation, it is
4  hereby:

5  ORDERED that ArthroCare's First Amended Petition to Vacate or Modify
6  Arbitration Award and to Stay Enforcement of Award (Dkt. No. 31) is hereby DISMISSED
7  WITH PREJUDICE.

8  It is further ORDERED that Respondents' Motion to Confirm Arbitral Award and
9  to Dismiss Petition (Dkt. No. 17) is hereby GRANTED, the Final Award of the arbitration panel
10  is CONFIRMED and Ethicon, Inc., DePuy Mitek, Inc., Gyrus Medical Ltd., Gyrus Group, PLC
11  shall have judgment against ArthroCare Corporation in the amount of $16,687,565.00.

12  It is further ORDERED that all costs, expenses and attorney fees are to be borne
13  by the party that incurred them, subject to the parties' agreement.

15  IT IS SO ORDERED.

17  Date: 12/24/09

_Saundra B Armstrong_
HON. SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE