Simon J. Frankel, SB #171552 (sfrankel@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7052
Facsimile: (415) 591-6091

Attorney for Respondents
ETHICON, INC. and DEPUY MITEK, INC.

Susan van Keulen, SB #136060 (svankeulen@omm.com)
James D. Moore, SB #218187 (jmoore@omm.com)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

Attorneys for Respondents
GYRUS MEDICAL, LTD. and GYRUS GROUP, PLC

**FILED**
DEC 3 0 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>ARTHROCARE CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>ETHICON, INC., GYNECARE, GYNECARE, INC., DEPUY MITEK INC., GYRUS MEDICAL, LTD., AND GYRUS GROUP, PLC.<br><br>Respondents. | Case No. 4:09-cv-03216-SBA<br><br>[~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Date:     November 17, 2009<br>Time:    1:00 p.m.<br>Courtroom: 3<br>Judge:    Saundra B. Armstrong |

1   After considering the papers submitted, and the papers on file in this case, and good cause appearing,

2   IT IS HEREBY ORDERED that the Clerk of the Court shall file under seal:

3   (1) The unredacted version of Respondents' Motion to Confirm Arbitral Award and to Dismiss Petition and Memorandum of Points and Authorities in Support Thereof; and

4   (2) [Sealed] **Exhibits B, C, D, E, I, J, K, L and M** to the accompanying Declaration of Gary Rubman.

IT IS SO ORDERED.

*Saundra B Armstrong*                                   12/29/09
────────────────────────────                   ──────────────
United States District Judge                              Date